CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC., and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:19-cv-10645-PSG (KS)<br>Judge: Hon. Philip S. Gutierrez<br>Hearing Date: March 9, 2020<br>Time: 1:30 P.M.<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65(a) and for the reasons set forth in the accompanying memorandum in support, Plaintiffs the American Society of Journalists and Authors and the National Press Photographers Association move for a preliminary injunction prohibiting Defendant, his officers, agents, servants, and employees from Assembly Bill 5 (codified at Cal. Labor Code § 2750.3, *et seq*.) while this case is pending, to the extent it imposes a 35-submission limit on certain speakers and to the extent it limits the definition of professional services based on who uses video as a medium of expression.

Plaintiffs request that bond be waived or set in the amount of $1.00. This Court has discretion to waive the security requirements of Fed. R. Civ. P. 65(c) or require only a nominal bond. *Barahona-Gomez v. Reno*, 167 F.3d 1228, 1237 (9th Cir. 1999). Where a preliminary injunction merely requires compliance with the Constitution, no bond is required. *See*, *e.g.*, *Baca v. Moreno*, 936 F. Supp. 719, 738 (C.D. Cal. 1996) (waiving bond because "to require a bond would have a negative impact on plaintiff's constitutional rights, as well as the constitutional rights of other members of the public affected by the policy"). Therefore, it would be appropriate to waive the bond requirement or to set bond at a nominal amount.

DATED: December 20, 2019.

Respectfully submitted,

By   /s/ Caleb R. Trotter
         CALEB R. TROTTER

CALEB R. TROTTER
(Cal. Bar No. 305195)
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: CTrotter@pacificlegal.org

JAMES M. MANLEY
(Ariz. Bar No. 031820*)
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JManley@pacificlegal.org
*Pro Hac Vice pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*