CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3217 E. Shea Blvd. # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc.
and National Press Photographers Association*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC. and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF JOBETH MCDANIEL CLARK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, JoBeth McDaniel Clark, declare as follows:

1.     The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.     I am a freelance journalist, past president of the Southern California chapter of American Society of Journalists and Authors (ASJA), and current national chair for the ASJA First Amendment Committee.

3.     I maintain a business location that is separate from my clients. I set or negotiate my own rates and set my own hours. I customarily contract for freelancing projects and hold myself out to other potential customers as available to perform the same type of work. I customarily and regularly exercise discretion and independent judgment when freelancing.

4.     I began freelancing for three newspapers as a teenaged college student in Auburn, Alabama, making enough to pay my tuition and expenses. After graduation, I turned down offers for newspaper staff jobs that paid less than my part-time college earnings.

5.     I worked for a magazine until I received a same-day notice that the entire staff had been fired, and the office closed. For four decades since then, I have rejected staff job offers from my media clients to focus on freelance reporting, writing, and editing for the world's largest publishers on my own schedule. I run a small business that evolved to survive and thrive despite decades of constant upheaval in journalism.

6.     AB 5's author Rep. Lorena Gonzalez stated on public forums that my fellow freelancers and I should get "good jobs." [1] This is offensive to me, and false. ///

---

[1] https://twitter.com/BlumenthalRossa/status/1205315347743531009

Case No.:

Declaration of JoBeth McDaniel Clark in
Support of Plaintiffs' Motion for Preliminary Injunction

7.     Freelance journalism is older than our nation. Charles Dickens, Ernest Hemingway, Eudora Welty, and a long list of history's most prominent writers honed their skills as freelance journalists.

8.     I have outlasted five different managing editors to work steadily as a freelance reporter, writer, editor, and bureau chief for Life magazine during the 1980s, 1990s, and again in the 2000s, when the magazine was resurrected as a weekly newspaper insert. One editor hired me steadily over three decades as she edited at Investor's Business Daily, Working Woman, Hearst Publications, and Consumer Reports. I am a true professional working in a "good job" and running a small business that brings money into California mostly from East Coast businesses.

9.     One of the many reasons I prefer freelance work is that staff journalists relinquish all copyright to employers, which prevents us from reselling our work, including film options, book deals, international rights, and other adaptation of our work. In my case, this would have been a six-figure penalty, because I have optioned my work to television and theatrical performances, and have re-sold published stories and essays to numerous anthologies, college textbooks, websites, and English language publications on three continents.

10.     One of the many reasons I prefer freelance work is that I can deduct any expenses for professional memberships, educational and networking conferences, travel, equipment, and my home office. Losing this benefit as an employee would be an enormous penalty for those of us living in expensive cities. In addition, IRS rules require that I keep two separate home offices with separate equipment if my earnings come from both 1099 and W2 work. While I will lose these tax benefits as an employee, the project-based nature of my work means that I will not receive equal benefits from a group of part-time W2 employers. Journalists are paid by the project, not by the hour. I will be paying a large chunk of my earnings into benefit systems, yet I will be unable to draw benefits unless I work regular hours for a larger business. The reality is that I can be exploited more easily as a W2

Case No.:

Declaration of JoBeth McDaniel Clark in
Support of Plaintiffs' Motion for Preliminary Injunction

employee by a business that can legally restrict outside work, then reduce my hours—and my access to benefits—on a whim. Our systems are simply not set up for workers with more than one W2 employer.

11.     One of the many reasons I prefer freelance work is that employees in journalism are often restricted from working for other publications and can be forced to report and write only on one topic (medical, sports, cars, travel, etc.). Successful freelancers maintain relationships with multiple clients and are open to writing about a wide range of topics.

12.     One of the many reasons I prefer freelance work is that employees in journalism are often required to work in specific places, and usually cannot set their own work hours. My husband was hospitalized nine times between 2015 and 2017, while I was in graduate school, teaching college journalism, and writing full time as a freelancer for major publications. This would have been impossible had I not been in control of my own schedule and workload as a freelancer. Currently, I help care for my frail 95-year-old mother-in-law and her 103-year-old cousin, who both live near me. In previous years, when my father was dying in Alabama, I was able to travel and be his primary caretaker for weeks at a time, staying employed by working on my assignments at night. When my husband and I got permanent custody of an abandoned foster child, a child we had known since birth, I could be home or on call for his school as needed, 24 hours per day, as required by his social worker and the courts. That year, I turned down a job offer with a large publication, rejected assignments requiring me to travel, and still managed to stay employed. AB 5's limits on freelancing will punish workers who face these situations.

13.     One of the many reasons I prefer freelance work is that regular employment in journalism is less stable in the long term. As a freelance creative, I enjoy running a small business that can quickly change to meet market demand. Podcasting is booming, so I've joined thousands of my journalism colleagues in audio training.

- 4 -

Case No.:

Declaration of JoBeth McDaniel Clark in
Support of Plaintiffs' Motion for Preliminary Injunction

14.     In a busy year, I might freelance for a dozen different digital and print publishers. In recent years, I've worked for four to five publications under one large parent company, which issues all the payment checks. AB 5's 35-submission cap will penalize writers like me who are in demand from multiple outlets within one large company.

15.     In the past, I have surpassed the 35-submission cap with several publications, mainly the ones who have hired me to do editing and digital reporting/writing. I would not be able to keep this work under AB 5's 35-submission limit.

16.     Social media has been a large section of my work. I've been paid between $5,000 and $8,000 to build social media channels for major publishers, with multiple posts that would have violated AB 5's 35-submission cap within a week or two. I was paid $100 to $200 per hour for these creative, professional skills.

17.     I have also sold videos and audio clips to publications, as is common in today's multimedia environment. This seems to be banned for freelancers in AB 5, with "photojournalism" work on "motion pictures" on any medium (even phones) limited to employees.

18.     During the past year, I've taken workshops and other training in videography and in podcasting, where much longform and investigative journalism has moved in recent years. I've talked with producers and sound designers I'd like to hire to help me on a podcast. When Gov. Newsom signed AB 5 into law, I dropped these plans, because this law has changed the financial entry point for video and podcasting. Instead of hiring a few independent consultants, editors, and assistants with special skills, I would have to create jobs for all of them, even if I hired them once for two hours of work.

19.     I was also meeting with radio consultants about my plans to create a regular show focusing on California scientists. AB 5 has zero mention of audio reporting, making it unclear whether any station or podcasting network could legally

Declaration of JoBeth McDaniel Clark in
Support of Plaintiffs' Motion for Preliminary Injunction

Case No.:

pay me on a freelance basis. Nor do I want to be hired as an employee, for the reasons discussed in this declaration.

20. AB 5 is already harming me and my colleagues as employers blacklist California workers rather than face harsh penalties, additional costs and taxes, and widespread uncertainty about the law. For example, even Patch, a "hyper-local" digital news company, recently advertised for journalists in Arizona and Nevada who can cover California stories. When I sent an email asking if Patch would consider hiring a California writer to write California stories, I got no response.

21. I know that attorneys for media companies across the U.S. are already advising their editors to stop working with all California freelancers, or severely limit our assignments, thanks to confusion over AB 5. Uber must hire drivers living in California. Most freelance creative professionals can work from anywhere, Dubuque to Dubai, so our publications are easily replacing us with non-California and non-U.S. workers. It takes years to build up a freelancing business. It will take us years to recover from AB 5.

22. In my roles with ASJA, I am familiar with many other freelance journalists and I am knowledgeable about the journalism industry generally.

23. In a world where media outlets are shuttered daily, and journalism employment has shrunk by more than half since the 1990s, freelancers like myself have far more job stability with multiple clients than we do as employees of one publication.

24. Many freelancers are women, in part because by staying independent, we are better able to avoid abuses, from rampant sexual harassment to discrimination due to age, ethnic identity, religion, and sexual orientation. Two decades into this century, older white males still make the majority of media hiring decisions, and hold nearly all top media executive jobs. AB 5 forces creative professionals into employee-employer situations, making their lives dependent upon the whims of

Declaration of JoBeth McDaniel Clark in
Support of Plaintiffs' Motion for Preliminary Injunction

Case No.:

others. Therefore, AB 5 will likely lead to greater discrimination/exploitation of vulnerable groups who are already at a disadvantage in these workplaces.

25.    Freelance journalists are far more likely to have health issues that could grow worse under long commutes or the mandatory extended office hours common for media staffers. I have two genetic conditions that put me at significant risk for blindness, blood clots, and cardiac events, with a family history of early disability and death. My conditions make me a poor fit for traditional office employment, yet I have never applied for disability, because I can work at home, set my own hours, and accept assignments that allow me to maintain my excellent health.

26.    Many freelancers are older women like me. Despite our talent and experience, we are rarely considered for full-time positions with media employers. AARP research shows that my demographic has the highest levels of poverty and the fastest growing rates of suicide and homelessness in the United States. We are more likely to be unemployed or underemployed, the least likely to get to the interview stage for full-time jobs. Yet until AB 5, competent freelancers of all ages could find plenty of well-paid work across the U.S. and internationally. My aunt freelanced regularly until she was in her 90s. AB 5 would have impoverished her.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2019 at Los Angeles , California.

_____

JOBETH MCDANIEL CLARK

---

Case No.:

Declaration of JoBeth McDaniel Clark in
Support of Plaintiffs' Motion for Preliminary Injunction