1 | CALEB R. TROTTER, Cal. Bar No. 305195
2 | Email: CTrotter@pacificlegal.org
3 | 930 G Street
  | Sacramento, California 95814
4 | Telephone: (916) 419-7111
5 | Facsimile: (916) 419-7747
  | JAMES M. MANLEY, Ariz. Bar No. 031820*
6 | Email: JManley@pacificlegal.org
7 | Pacific Legal Foundation
  | 3217 E. Shea Blvd. # 108
8 | Phoenix, Arizona 85028
9 | Telephone: (916) 419-7111
  | Facsimile: (916) 419-7747
10 | *Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc. and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC. and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF BRIAN FEULNER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Declaration of Brian Feulner in Support of       - 1 -                                    Case No.:
  Plaintiffs' Motion for Preliminary Injunction

I, Brian Feulner, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I've been a working photojournalist for nearly 15 years, since I graduated college with a degree in photography in 2005. I worked my way up being employed by small newspapers to some of the largest in our country, weathering the recession that hit our industry so hard, and paying off the huge student loans that came with following my dream.

3. I am a member of Plaintiff National Press Photographers Association; I first joined in 2003, when I was a college student studying photojournalism.

4. After finally becoming a photo editor at a prominent California newspaper, I decided a full-time employment position wasn't for me. I wanted a chance to be in control of my income and to choose the type of work that I wanted to do. I wanted to follow the path of being an independent photographer.

5. Finally, after several long years of working as an employee, I left that large-market newspaper on good terms and began freelancing for them as much as I could. The role change was from manager back to photojournalist, and I loved it.

6. In some months I get upwards of 10 assignments from the newspaper. Having two assignments a day, or what Assembly Bill 5 refers to as "submissions," is common. I will quickly exceed the 35-submission limit, and so would most freelance visual journalists.

7. Often times, the help from independent contractors, like myself, can help relieve a publication's staff to allow them to work on larger, more impactful projects. But I have the ability to say no if I don't want to do a certain assignment and also have the ability to work on different projects.

///

8. I don't want to become an employee; I enjoy the freedom of running my own business.

9. I maintain a business location that is separate from my clients. I set or negotiate my own rates and set my own hours. I customarily contract for freelancing projects and hold myself out to other potential customers as available to perform the same type of work. I customarily and regularly exercise discretion and independent judgment when freelancing.

10. The major tax deductions I have as a freelancer are my home office, camera equipment, health insurance, mileage, and car expenses. I would not get many of these deductions as an employee and, in my experience as a staff reporter and photo editor, as an employee I would have less flexibility about what expenses I could charge and uncertainty about whether they would be reimbursed.

11. As a freelancer, I own the copyright to my work, and I get regular requests to relicense it. When I relicense my work, I earn additional income. As a staff photographer, the employer would own the copyright to my work and I would not have that income stream.

12. Part of the advantage of being a freelancer is diversification of clients and work. As part of that diversification, I've invested greatly in video production equipment. Videography is also a passion I have and another great way to tell and share amazing stories with the world.

13. Every year I have between 10 and 15 clients that are the largest source of my income. I earn nearly 1/3 of my revenue from a local San Francisco paper; most of that revenue comes from video projects I do for that paper.

14. Under AB 5, I won't be able to produce any video for my news clients without being converted to employee status. If I cease producing videos for my clients, I will lose out on significant income from the video production work that I do. In my case, that income would be upwards of 20% or more of my annual income from a single newspaper alone.

15. The 35-submission limit rule will most likely mean that I will get fewer assignments, as I will quickly exceed that limit. This is a challenging industry and frankly one that most photojournalists do because of a passion for visual storytelling and making a difference by spreading truth in the world by using our First Amendment right to free speech and a free press. Capping my constitutional right to submit photos at 35 submissions a year per client only makes it more difficult to survive as an independent freelancer.

16. I am a hard-working independent contractor and I enjoy this lifestyle. It's work that isn't hurting anyone, only helping to fill a need and allow people's voices to be heard through my journalism. AB 5 limits free speech/press and only continues to hurt an already challenged industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2019, at San Francisco, California.

BRIAN FEULNER

Declaration of Brian Feulner in Support of Plaintiffs' Motion for Preliminary Injunction  - 4 -  Case No.: