# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>XAVIER BECERRA<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–10645–PSG–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   12/20/2019

Document Number(s):   13–17

Title of Document(s):   Declarations in Support of Motion

**ERROR(S) WITH DOCUMENT:**

Caption of document is incomplete/incorrect.

Other:

Caption of attached documents do not indicate case number and judge's initials

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 26, 2019        By:  /s/ *Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS