1  CALEB R. TROTTER, Cal. Bar No. 305195
2  Email: CTrotter@pacificlegal.org
3  930 G Street
   Sacramento, California 95814
4  Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747
   JAMES M. MANLEY, Ariz. Bar No. 031820*
6  Email: JManley@pacificlegal.org
7  Pacific Legal Foundation
   3217 E. Shea Blvd. # 108
8  Phoenix, Arizona 85028
9  Telephone: (916) 419-7111
   Facsimile: (916) 419-7747
10 *Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc. and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC. and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:19-cv-10645-PSG-KS<br><br>**NOTICE OF WITHDRAWAL** |

1  Plaintiffs, under the Clerk of the Court's discretion, request to withdraw the
2  declarations in support of motion for preliminary injunction filed on
3  December 20, 2019 (Docket Nos. 13–17). Notice is hereby provided that Plaintiffs
4  will re-file the correct versions of the declarations in support of its Motion for
5  Preliminary Injunction.

DATED: December 27, 2019.

Respectfully submitted,

By   /s/ Caleb R. Trotter
         CALEB R. TROTTER

CALEB R. TROTTER
(Cal. Bar No. 305195)
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747
Email:  CTrotter@pacificlegal.org

JAMES M. MANLEY
(Ariz. Bar No. 031820*)
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JManley@pacificlegal.org
*Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*