CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3217 E. Shea Blvd. # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC., and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:19-cv-10645-PSG-KS<br><br>**DECLARATION OF MICKEY H. OSTERREICHER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Mickey H. Osterreicher, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge obtained in my role as General Counsel of Plaintiff National Press Photographers Association (NPPA) and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I began my career as a photojournalist nearly 50 years ago as a freelancer for the Associated Press and the New York Times.

3. I was part of the first graduating class of "special majors" at SUNY Buffalo, receiving my Bachelor of Science degree in "Photography/Photojournalism" in 1973. Earlier that year I had already been hired as a staff photographer for the Buffalo Courier-Express where I worked until it closed in 1982. I also did freelance work for Time Magazine and many other publications.

4. After the Buffalo Courier-Express closed, I went to work at the local ABC affiliate, WKBW-TV, shooting and editing video along with field producing, until 2004.

5. I also freelanced for ESPN and a number of other networks as well as shooting stills for Time and USA Today.

6. I went to law school while I was still working at WKBW-TV and was admitted to practice in New York in 1999.

7. I joined the National Press Photographers Association in 1973 and continue to be a proud dues-paying member.

8. I became NPPA's general counsel in 2006.

9. Chartered in 1946, NPPA is the nation's leading professional organization for visual journalists. Its membership includes news photographers from print, television, and electronic media. NPPA has 536 members in the state of

California. NPPA advocates in support of visual journalists' First Amendment rights to report on news and matters of public concern as well as to protect the copyright of their images.

10. As the U.S. Supreme Court explained in *Cmty. for Creative Non-Violence v. Reid*, 490 U.S. 730, 737 (1989), the default in copyright law is that an employer owns the copyright to the photographs taken by their employees.

11. In my experience as a visual journalist and general counsel for NPPA, I have never seen a staff photographer or videographer retain the copyright to their work. As independent contractors, freelance visual journalists retain their copyright by default and it is common for our members to insist that they retain the copyright to their work.

12. Retaining the copyright to their work as freelancers allows our members more opportunities to further license their work and realize additional income.

13. At an earlier point in the history of NPPA, much of our membership was composed of visual journalists, like me, who were employed as staff photographers.

14. Over the years that membership demographic has changed so that currently, a large number of our members work as freelancers. This is due in great part to the fact that many news organizations have greatly reduced their staff (in both print and broadcast), eliminated their photo staffs entirely, or have ceased to exist altogether.

15. In the visual journalism industry, many freelancers choose to be independent contractors because it offers them greater flexibility and fewer hours than full-time employment. Still others choose to freelance because they earn significantly more money, and have greater financial security. An independent visual journalist can have a variety of clients which diversifies their income stream. In

addition, independent photographers have the flexibility to work on special projects that are foreclosed by the demands of a staff position.

16. Despite AB 5's supposed well-meaning intentions, the economic reality for those in the news industry is that nothing will force already struggling companies to hire more employees, and in fact the 35 submission cap for still photographers, and failure to include those who shoot video in the "professional services" exemption, will result in devastating hardship to our freelance members who are impacted by the bill.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2019, at Buffalo_____, New York.

Mickey H. Osterreicher
Digitally signed by Mickey H. Osterreicher
Date: 2019.12.17 11:59:12 -05'00'

MICKEY H. OSTERREICHER