CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice Pending

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc. and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC. and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:19-cv-10645-PSG-KS<br><br>**DECLARATION OF SPENCER GRANT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Spencer Grant, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. Since age 13, photojournalism has always been a calling to me, not just a job. I have been a professional for over 50 years; my love and commitment to my work is as strong as ever. I have been a freelance photojournalist ever since I left the Boston Globe in 1974. I first joined the National Press Photographers Association in 1969.

3. I maintain a business location that is separate from my clients. I set or negotiate my own rates and set my own hours. I customarily contract for freelancing projects and hold myself out to other potential customers as available to perform the same type of work. I customarily and regularly exercise discretion and independent judgment when freelancing.

4. For the past four years I have freelanced for The Daily Pilot, the newspaper of the Orange County California beach cities, doing 90–100 assignments a year. The work is both a joy and much-needed income. If that publication is forced to comply with AB 5, the result would be: they would not hire me as an employee, I would not want to be their employee even if they were willing and able to hire me, and most importantly, it would cut my freelance assignments with them by two-thirds, which would be economically devastating for me.

5. California Assembly Bill 5 will cause me nothing but harm. While its 35-assignment cap on freelance "photographers and photojournalists" is supposed to force clients into hiring them for full-time unionized jobs, such a "benefit" is not realistic for news publications in this economy and neither desirable nor viable for a freelance photographer like me.

///

Declaration of Spencer Grant in Support of
Plaintiffs' Motion for Preliminary Injunction                - 2 -                Case No.: 2:19-cv-10645-PSG-KS

6. I am 75 years old. At my age I do not want full time employment. The idea that my clients should be forced to make me a staffer is not only ridiculous, but also inapplicable to me. The Daily Pilot already has four staff photographers; they do not need, want, or can afford any more. It is my role to fill-in on weekends and evenings when staffers are not available. My schedule is therefore inconsistent, and I have the flexibility I need to accept or decline assignments.

7. I am the only caregiver for my wife Mara. She suffers from cervical dystonia, arteriosclerosis aorta, ventricular and paroxysmal supraventricular tachycardia, hyperlipidemia, obstructive sleep apnea, a compromised left rotator cuff, scoliosis, and frequent urinary tract infections. I need to be available to help her in myriad ways that require me to have control over my schedule: I take her to doctor visits, I am her "trainer" when she goes to the YMCA gym, I do shopping, cooking, and I drive her to work (yes, she is still working at 78). There is no way I could be a loving and supportive husband and provide the level of care that her medical conditions require if I had to give up control over my workload. She comes first. If I were an employee, I would not have the flexibility to accept or decline assignments as needed to help my wife.

8. Like many freelancers, I deduct my business expenses on my income taxes. As an employee, these deductions would be limited if not eliminated.

9. These assignments from The Daily Pilot are a joy to me; cutting them by two-thirds would be not only cruel but pointless since the paper has confirmed that they would never hire me. Even if I were offered a regular position, I could not accept it. I have always paid my bills and loved my work, but this is the first time I have faced a gratuitous gutting of my work for the benefit of no one.

10. Since I could not accept regular employment, the avowed purpose of AB 5 is not only inapplicable to me, it is extremely detrimental. My present working situation fits my available time and professional commitment. I threaten no one. I only wish to continue freelancing for The Daily Pilot as I have for the past four years.

11. While well-intentioned, AB 5 hurts thousands of "independent contractors" who are not being exploited against their will and are not only content with their status but—in the case of journalists and photojournalists—are actively contributing to the success of countless newspapers who need their contributions and who cannot afford to hire them as employees. Without freelancers like me newspapers could not fulfill their roles. AB 5 seeks to undermine my work and limit my business in pursuit of an impossible one-size-fits-all dream of increased employment benefits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2019 at Laguna Niguel, California.

*/s/ Spencer Grant*

SPENCER GRANT