CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3217 E. Shea Blvd. # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice Pending

*[Additional Counsel on Following Page]*

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc. and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC. and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:19-cv-10645-PSG-KS<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A MOTION FOR PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

JEREMY B. TALCOTT, Cal. Bar No. 311490
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JTalcott@pacificlegal.org

The Court has considered Plaintiffs American Society of Journalists and Authors, Inc.'s and National Press Photographers Association's *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and supporting materials.

IT IS HEREBY ORDERED that pending a full hearing for determination of the Order to Show Cause Why a Preliminary Injunction Should Not Issue, Defendant Xavier Becerra, in his official capacity as Attorney General of California, and all of his agents, representatives, employees, and all persons in active concert or participation with him, shall be and hereby are restrained and enjoined from enforcing Assembly Bill 5's (AB 5) 35-submission limit and video recording exclusion codified at Cal. Labor Code § 2750.3(c)(2)(B)(ix) and (x), as well as any and all implementing administrative rules and regulations, and the policies and practices by which Defendant enforces these provisions.

IT IS FURTHER ORDERED that the parties shall appear at ____ a.m./p.m. on _____ ___, 2020, before the Honorable Philip S. Gutierrez in Courtroom 6A located at 350 West 1st Street, Los Angeles, California 90012 to show cause why Defendant Xavier Becerra, in his official capacity as Attorney General of California, and all of his agents, representatives, employees, and all persons in active concert or participation with him, should not be preliminarily enjoined from enforcing Assembly Bill 5's (AB 5) 35-submission limit and video recording exclusion codified at Cal. Labor Code § 2750.3(c)(2)(B)(ix) and (x), as well as any and all implementing administrative rules and regulations, and the policies and practices by which Defendant enforces these provisions.

**IT IS SO ORDERED.**

DATED: January __, 2020.

_____
The Hon. Philip S. Gutierrez
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I caused a true and correct copy of the foregoing to be served on the following counsel for Defendant via facsimile and email:

Jose Zelidon-Zepeda
California Department of Justice
455 Golden Gate Ave.
Suite 11000
San Francisco, California 94102
Telephone: (415) 703-5871
Facsimile: (415) 703-5843
Email: jose.zelidonzepeda@doj.ca.gov

*Counsel for Defendant Xavier Becerra, in his official capacity at Attorney General of California*

DATED: December 31, 2019.

By /s/ Caleb R. Trotter
CALEB R. TROTTER
(Cal. Bar No. 305195)
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: CTrotter@pacificlegal.org

JAMES M. MANLEY
(Ariz. Bar No. 031820*)
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JManley@pacificlegal.org
*Pro Hac Vice Pending

JEREMY B. TALCOTT
(Cal. Bar No.  311490)
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JTalcott@pacificlegal.org

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*