Name and address:

James M. Manley
Pacific Legal Foundation
3217 E. Shea Blvd. # 108
Phoenix, Arizona 85028

CHAMBERS COPY

F-FILED
JAN - 3, 2020

Document # _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Society of Journalists and Authors, Inc., and National Press Photographers Association,<br><br>                                             Plaintiff(s)<br>                v.<br>Xavier Becerra, in his official capacity as Attorney General of the State of California<br><br>                                             Defendant(s). | CASE NUMBER<br><br>2:19-cv-10645-PSG-KS<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Manley, James M.                                               of    Pacific Legal Foundation
*Applicant's Name (Last Name, First Name & Middle Initial)*         3217 E. Shea Blvd. # 108
(916) 419-7111           (916) 419-7747                             Phoenix, Arizona 85028
*Telephone Number*       *Fax Number*
Jmanley@pacificlegal.org
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
American Society of Journalists and Authors, Inc., and National Press Photographers Association

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
**and designating as Local Counsel**

Talcott, Jeremy                                                of   Pacific Legal Foundation
*Designee's Name (Last Name, First Name & Middle Initial)*          1212 W. Amerige Avenue
311490        (916) 419-7111          (916) 419-7747                Fullerton, California 92833
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
JTalcott@pacificlegal.org
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated ___1/3/20___                                     _____
                                                       U.S. District Judge/U.S. Magistrate Judge