XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3879
  Fax: (415) 703-1234
  E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Attorney General Xavier Becerra, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **American Society of Journalists and Authors; et al.,**<br><br>                            Plaintiffs,<br><br>v.<br><br>**Attorney General Xavier Becerra, in his official capacity,**<br><br>                            Defendant. | 2:19-cv-10645-PSG<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:         March 23, 2020<br>Time:        1:30 P.M.<br>Courtroom:  6A, 6th Floor<br>Judge:       Hon. Philip S. Gutierrez<br>Trial Date:  Not set<br>Action Filed: December 17, 2019 |

TO PLAINTIFFS AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, *et al.*:

TAKE NOTICE THAT on March 23, 2020, at 1:30 p.m., or as soon thereafter as this motion may be heard, in courtroom 6A, 6th floor, in the United States District Court for the Central District of California, Western Division, 350 West 1st Street, Los Angeles, California, Defendants, will move to dismiss this action under Federal Rules of Civil Procedure 12(b)(6) on the grounds that the Complaint fails to

state a claim upon which relief can be granted. This motion is based on the Complaint, the accompanying memorandum of points and authorities, and any argument to be made at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 17, 2020.

Dated: January 24, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Attorney General Xavier Becerra, in his official capacity*

SA2019106422
21765777.docx