# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| American Society of Journalists and Authors, Inc., et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV19-10645 PSG (KSx) |
| v. | |
| Xavier Becerra, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 1/24/2020 | 33 | Notice of Motion to Dismiss |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

   The Docket Clerk is instructed to correct the event type to reflect the filing of the aforementioned motion.

Clerk, U.S. District Court

Dated: January 29, 2020          By: Stephen Montes Kerr
                                     Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge