CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd. # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice
*[Additional Counsel on Following Page]*

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC., and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:19-cv-10645-PSG-KS<br><br>**SUPPLEMENTAL DECLARATION OF RANDY DOTINGA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

JEREMY B. TALCOTT, Cal. Bar No. 311490
Email: JTalcott@pacificlegal.org
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Randy Dotinga, declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.      American Society of Journalists and Authors' efforts to secure pro bono representation in this matter were performed entirely on an unpaid basis by volunteer leaders who are all working journalists, with other responsibilities as ASJA leaders.

3.      Like many freelance writers, I produce both traditional journalism content and marketing content, while taking care to follow ethical rules regarding any potential conflicts with my journalism work. It's common for freelancers like me to wear multiple "hats" and work on both journalism and marketing projects during the same day or even the same hour.

4.      Since my previous Declaration in this case (Dkt. # 23), I have learned that additional clients have blacklisted California freelance writers or restricted their workloads in various ways in response to AB 5. These clients include the following 34 companies: Los Angeles Times; San Francisco Chronicle; Vox/SB Nation; SF Weekly; San Francisco Examiner; Forbes; Business Insider; San Diego Union-Tribune; Reuters; Variety; Medium; Mediaite; Nerd Wallet; Proofit; Rev; Xist Publishing; Zergnet; Doityourself; FamilyMinded; Scripted; Textbroker; BK Content; Gamespot; Evolve Media; Western Outdoor News; Daily Republic (Solano County); Sonoma Media (incl. Santa Rosa Press Democrat); Page One Power; Insider; Considerable; Sacramento News & Review; Travelingmom; Bustle Digital Group; The Manual.

5.      Recent results of a survey of over 500 independent writers (freelancers) commissioned by Contently,[1] show that 88% percent oppose AB 5's 35-submission

---

[1] *Available at* https://contently.net/2020/01/30/resources/we-polled-573-freelancers-about-ab5-theyre-not-happy/

1  limits, and 82% oppose a cap of any number on submissions.

2      6.    According to the survey, 90% of freelancers believe AB 5's limits

3  "could negatively affect their livelihoods," because substantial majorities agree that

4  publishers will seek out freelancers outside of California or cut their freelance

5  budgets, rather than hire them as part- or full-time staff in response to AB 5.

6      7.    Even if freelancers were offered part- or full-time staff positions, it is

7  unlikely they would accept them, however, because the survey shows 75% of

8  freelancers freelance by choice.

9      I declare under penalty of perjury under the laws of the United States of

10 America that the foregoing is true and correct.

11     Executed on February 24, 2020 at ____San Diego____, California.

12

13 _____

14 RANDY DOTINGA

15

16

17

18

19

20

21

22

23

24

25

26

27

28