CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JAMES M. MANLEY, Ariz. Bar No. 031820*
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd. # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice
*[Additional Counsel on Following Page]*

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC., and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No.: 2:19-cv-10645-PSG-KS<br><br>**PRELIMINARY INJUNCTION APPEAL AND NOTICE OF APPEAL** |

1   JEREMY B. TALCOTT, Cal. Bar No. 311490
    Email: JTalcott@pacificlegal.org
2   Pacific Legal Foundation
3   1212 W. Amerige Ave.
    Fullerton, California 92833
4   Telephone: (916) 419-7111
5   Facsimile: (916) 419-7747

Notice is hereby given that American Society of Journalists and Authors, Inc. and the National Press Photographers Association appeal to the United States Court of Appeals for the Ninth Circuit from the Orders denying Plaintiffs' Motion for Preliminary Injunction (ECF No. 44) and granting Defendant's Motion to Dismiss (ECF No. 45) entered in this case on March 20, 2020.

DATED: April 17, 2020.

Respectfully submitted,

By /s/ Caleb R. Trotter
CALEB R. TROTTER

CALEB R. TROTTER
(Cal. Bar No. 305195)
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: CTrotter@pacificlegal.org

JAMES M. MANLEY
(Ariz. Bar No. 031820*)
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JManley@pacificlegal.org
*Pro Hac Vice

JEREMY B. TALCOTT
(Cal. Bar No. 311490)
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JTalcott@pacificlegal.org

*Attorneys for Plaintiffs American Society of Journalists and Authors, Inc., and National Press Photographers Association*

**REPRESENTATION STATEMENT**

Representing Plaintiffs American Society of Journalists and Authors, Inc. and the National Press Photographers Association:

CALEB R. TROTTER
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: CTrotter@pacificlegal.org

JAMES M. MANLEY
Pacific Legal Foundation
3241 E. Shea Blvd. #108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JManley@pacificlegal.org

JEREMY B. TALCOTT
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: JTalcott@pacificlegal.org

Representing Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California:

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108

| | |
|---|---|
| 1 | 455 Golden Gate Avenue, Suite 11000 |
| 2 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 510-3879 |
| 3 | Fax: (415) 703-1234 |
| 4 | E-mail: Jose.ZelidonZepeda@doj.ca.gov |