**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN SOCIETY OF JOURNALISTS AND AUTHORS, INC.; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> XAVIER BECERRA, Attorney General of the State of California, <br><br> Defendant-Appellee. | No. 20-55408 <br><br> D.C. No. 2:19-cv-10645-PSG-KS Central District of California, Los Angeles <br><br> ORDER |

Before: SILVERMAN, McKEOWN, and BRESS, Circuit Judges.

This appeal challenges the district court's March 20, 2020 orders denying appellants' motion for preliminary injunction and dismissing the underlying action with leave to amend. Although the district court's March 20, 2020 order dismissing the action with leave to amend warned that "[f]ailure to file an amended complaint by [April 17, 2020] will result in dismissal of Plaintiffs' claims with prejudice," the district court did not dismiss the action with prejudice until July 9, 2020. Appellants timely appealed from the July 9, 2020 dismissal, and that appeal, No. 20-55734, remains pending.

Appellee's motion to dismiss this appeal (Docket Entry No. 29) is granted. To the extent this appeal challenges the district court's March 20, 2020 denial of

AC/MOATT

appellants' motion for a preliminary injunction, it merges with appeal No. 20-55734. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (dismissing an appeal from an order denying a motion for preliminary injunction as "merged" following final judgment); *see also Nationwide Biweekly Admin., Inc. v. Owen*, 873 F.3d 716, 730 (9th Cir. 2017) ("When a case is dismissed while an appeal of an order on a preliminary injunction is pending, the preliminary injunction order 'merges' into the final judgment.").

To the extent this appeal challenges the district court's March 20, 2020 dismissal of the underlying action with leave to amend, this court lacks jurisdiction over the appeal. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997); *see also Greensprings Baptist Christian Fellowship Trust v. Cilley*, 629 F.3d 1064, 1068 (9th Cir. 2010) ("An order dismissing a case with leave to amend may not be appealed as a final decision under § 1291."). Appellants argue that "[b]ecause the district court's first dismissal order included a time-limited option to amend, the order became final and appealable when that option expired." We disagree. *See WMX Techs.*, 104 F.3d at 1136 ("[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained."). Appellants further argue that "[i]f . . . [their] notice of appeal . . . was premature, the district court's final order closing the case on July 9, 2020, cured

that defect." But to the extent that appellants are correct, this appeal is duplicative of appeal No. 20-55734.

We therefore dismiss this appeal and allow appeal No. 20-55734 to proceed.

**DISMISSED.**